# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00926-VCF |
|---|---|
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** [Proposed] |
| v. | |
| FRANCISCO ORTEGA-LAZO, aka "Ricardo Contreras-Valerio," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 5th day of November, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3