UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO ORTEGA-LAZO,

Defendant.

Case No. 2:21-mj-00926-VCF

**ORDER**

Based on the Stipulation between the defense and the government and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing in the above-captioned matter currently scheduled for April 1, 2022, at 4:00 p.m. be vacated and continued to June 1, 2022 at 4:00 p.m. in LV Courtroom 3D.

DATED this 28th day of March, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE